**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| DARRYL WORMUTH, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY, MARYLAND, *et al.*<br><br>Defendants. | Case No. 8:23-cv-02905-ABA |

**SUPPLEMENTS TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Defendants Prince George's County, Maryland, Prince George's County Police Department, Cleo Savoy, David Robinson, James McCreary, Michael Elser, Malik Aziz, Angela Alsobrooks, Donnell Turner, Corey Truxson and Jeff Ross, hereby file the following supplements to their October 17, 2025 Motion for Summary Judgement:

1) Disciplinary Action Recommendation (S12021-010)-Amended

2) Settlement Agreement and Release

Respectfully submitted,

*Saman Danai*

Saman Danai, Bar No. 19832
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
301-952-5231
sdanai@co.pg.md.us

Dated: July 14, 2026