# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release is made on this 16th day of April 2026 ("Effective Date"), by and between Police Corporal Anthony Brooke (hereinafter "the Respondent") and Prince George's County, Maryland (hereinafter "the County"), on behalf of the Prince George's County Police Department (hereinafter "the Department"). Anthony Brooke and the County are referred to collectively as the "Parties."

**WHEREAS**, the Respondent is employed by Prince George's County Police Department as a Police Officer;

**WHEREAS**, the Department issued a Disciplinary Action Recommendation (hereinafter, "DAR") to the Respondent, also referred to as an administrative charging document, alleging Respondent violated the Department's General Orders, in IAD Case No. SI 2021-010; and

**WHEREAS,** the Respondent filed a Petition for Show Cause pursuant to the Law Enforcement Officer's Bill of Rights, challenging the DAR in the Prince George's Circuit Court, Case Number CAL21-11244, which has been appealed twice to the Maryland Appellate Court, Case Numbers CSA-REG-1730-2021(case reversed and remanded for further proceedings in the Circuit Court for Prince George's County, Maryland) and ACM-REG-0919-2025 (currently pending in the Maryland Appellate Court);

**WHEREAS**, the Parties, decided to enter into this Agreement in an effort to resolve the administrative charges, and pending appellate matter, pending in IAD Case No. SI 2021-010, the Petition for Show Cause pending in Circuit Court Case No. CAL21-11244, as well as all other related matters, forego future litigation and expense, and desire to reach a final and complete settlement of all claims, unless expressly exempted herein; and

**NOW, THEREFORE**, in consideration of the foregoing recitals as is more fully described below, it is **AGREED**:

1. **Incorporation of Recitals**: The Recitals to this Settlement Agreement are incorporated by reference herein.

2. **Settlement Terms**: The terms of the settlement reached in the above agreement are as follows:

    a. Dismissal with Prejudice: Respondent agrees to dismiss with prejudice the Petition for Show Cause in Prince George's Circuit Court Case Number CAL21-11244, and will immediately withdraw any other complaint, grievance, EEO, MCCR, PG-OHR complaint, or other case pending against the County, unless expressly exempted herein. If necessary, the County/Department agrees to file a notice of dismissal in ACM-REG-0919-2025 and will be responsible for any costs assessed.

b. Amended DAR: The Department will issue an amended DAR to the Respondent that will state the following and the Respondent will admit to amended violations contained therein:

1. Charge 1 will be amended: G.O. Vol. I, Chapter 32, Section V, Subsection 3, **Unbecoming Conduct**, "As the most visible representative of government, employees must display exemplary professional conduct. To that end, employees are duty bound to avoid excessive, unwarranted, or unjustified behavior that would reflect poorly on themselves, the Department, or the County Government, regardless of duty status." To wit: That on or about September 8, 2020, from an unknown location, Respondent Anthony Brooke #3967, participated in a text message group with another Prince George's County Police Officer during which Respondent Brooke #3967 stated "Everybody wants to be a social justice warrior. Fuck em."

2. Charge 2 will be amended: G.O. Vol. I, Chapter 32, Section V, Subsection 3, **Unbecoming Conduct**, "As the most visible representative of government, employees must display exemplary professional conduct. To that end, employees are duty bound to avoid excessive, unwarranted, or unjustified behavior that would reflect poorly on themselves, the Department, or the County Government, regardless of duty status." To wit: That on or about November 30, 2020, from an unknown location, Respondent Anthony Brooke #3967, participated in a text message group with another Prince George's County Police Officer during which Respondent Anthony Brooke #3967 stated "We all deserve nice things fuck these animals!!(This was in reference to his brand new 2021 truck he had purchased)."

3. Any remaining charges will not be included in the Amended DAR.

c. Discipline: The Respondent will accept the following discipline for administrative violations listed in the amended DAR:
1. Charge 1 – 5-day suspension
2. Charge 2 – 5-day suspension to be served concurrently with Charge 1.
3. For the purposes of suspension, one workday is eight (8) hours.

d. Notice to MPCTC: Once Police Corporal Anthony Brooke completes his discipline agreed upon herein, the Department will report Police Corporal Anthony Brooke's status, consistent with Code of Maryland Regulations, Title 12.

3. **Release of Prince George's County, Maryland**: In consideration of the aforesaid recitals and agreements, and other good and valuable consideration, the receipt of which is hereby acknowledged, the Respondent, his/her heirs, successors, and assignees, hereby

release and forever discharge any and all liability, rights and claims, causes of action and suits at law or equity, of whatever kind or nature, whether known or unknown, asserted or unasserted, suspected or claimed, in any way against the County and the Department, its agents, representatives, and assigns, in connection with their employment with the County except prior workers' compensation claims, pending claims in U.S. District Court Civil Actions, Nos.: 8:23-CV-03191 and 8:23-cv-02905-ABA.

4. The Parties agree that the terms of this one-time Settlement Agreement do not create a precedent or potential past practice to be referred to in the future for Respondent or any other employees. The Parties enter into this Agreement with full knowledge and in agreement with the fact that the Department's act of entering into this Agreement does not, in any way, create or acknowledge a precedent or past practice for the use of such settlements for similar or other types of misconduct and/or grievances/appeals. The Parties further acknowledge that this Agreement was specifically created for Respondent, at the discretion of the Department and County, and does not create any future precedent or past practice for the use of such agreements for any other individual or other employment matter.

5. Respondent agrees that he has not and will not file or otherwise submit any charge, complaint, appeal or grievance to any state or federal court, governmental administrative agency, or grievance-arbitration process under the applicable bargaining agreement raising issue(s) relating in any way to the resolution of this disciplinary case and the events arising therefrom, and/or any acts or events covered by this memorialization that occurred at any time prior to or on the date of this document's execution.

6. **Construction**: This Agreement shall not be construed against the Party preparing it but shall be construed as if the Parties jointly prepared it. If any term or other provision herein is found to be unenforceable, invalid, or illegal, such term or provision shall be deemed deleted from this Agreement, and the remainder of this Agreement shall not be affected or impaired thereby.

7. **Authority**: Each Party represents and warrants that it is fully authorized to enter into the terms and conditions of, and to execute and be bound by, this Agreement. The Parties agree to use their best efforts promptly to execute and to effectuate the terms provided for herein. In addition, each person whose signature appears hereon warrants and guarantees that he/she has been duly authorized and has full authority to execute this Agreement.

8. **Miscellaneous**:

A. Entire Agreement: This Settlement Agreement constitutes the complete, final, and entire understanding of the parties hereto, and they shall not be bound by any terms, conditions, covenants, or representations not expressly herein contained.

B. Modification: This Settlement Agreement may not be modified or changed orally, but only by an agreement in writing signed by all parties.

C. Consultation with Counsel: The Parties represent that prior to signing this Settlement Agreement, each has read it, understood its terms and conditions, had an opportunity to consult with counsel, and voluntarily signed it.

D. Choice of Law: This Settlement Agreement shall be governed by, and interpreted according to, the laws of the State of Maryland.

E. Counterparts: This Settlement Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement.

[This space intentionally left blank.]

**FOR THE RESPONDENT:**

Anthony Brooke
Anthony Brooke, Respondent

16/04/26
Date

W. C. Brennan, Jr.
Counsel for the Respondent

April 16, 2026
Date

**FOR PRINCE GEORGE'S COUNTY MARYLAND:**

Melvin Powell

Melvin D. Powell, Deputy Chief Administrative Officer
PRINCE GEORGE'S COUNTY, MARYLAND

Date

Reviewed and approved by:

George Nader (Apr 21, 2026 14:46:29 EDT)

George R. Nader, Chief of Police
Prince George's County Police Department

Date

Approved as to legal sufficiency:

StacyAnn N. Llewellyn, Esquire
Police Legal Advisor, Office of Law

Date

**Signature:** Anthony Brooke
Anthony Brooke (Apr 16, 2026 15:14:26 EDT)

**Email:** antbrooke1@gmail.com

# Final Settlement Agreement - Brooke - SI 2021-010 (Revised 4.16.2026)

Final Audit Report 2026-04-16

| | |
|---|---|
| Created: | 2026-04-16 |
| By: | William Brennan (wbrennan@brennanmckenna.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5OK4jvxw6GIwPyiwO9LCI1pZ8_prEHeI |

## "Final Settlement Agreement - Brooke - SI 2021-010 (Revised 4.16.2026)" History

- Document created by William Brennan (wbrennan@brennanmckenna.com)
  2026-04-16 - 7:08:23 PM GMT- IP address: 71.246.211.251

- Document emailed to Anthony Brooke (antbrooke1@gmail.com) for signature
  2026-04-16 - 7:08:29 PM GMT

- Email viewed by Anthony Brooke (antbrooke1@gmail.com)
  2026-04-16 - 7:08:37 PM GMT- IP address: 74.125.210.35

- Document e-signed by Anthony Brooke (antbrooke1@gmail.com)
  Signature Date: 2026-04-16 - 7:14:26 PM GMT - Time Source: server- IP address: 136.226.52.119

- Agreement completed.
  2026-04-16 - 7:14:26 PM GMT